UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DEVON STRACHAN, SHAYNE STRACHAN, YVETTE STRACHAN, and MARK MAYNE,

    Plaintiffs,

-against-

THE CITY OF NEW YORK, WAYNE MIMS, DOMINICK BIZZARRO, and ANTHONY BIANCO,

    Defendants.

------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

12-CV-2109 (ILG)(VMS)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ DEC 03 2013 ★
BROOKLYN OFFICE

WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Reibman & Weiner
*Attorneys for Plaintiffs*
26 Court Street, Suite 1808
Brooklyn, New York 11242
(718) 522-1743

By: _____
Jessica Massimi, Esq.
*Attorney for Plaintiffs*

Dated: New York, New York
       12-2, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
 City of New York
*Attorney for Defendants City, Mims,
Bizzarro and Bianco*
100 Church Street, Rm. 3-199
New York, New York 10007

By: _____
Karl J. Ashanti, Esq.
*Assistant Corporation Counsel*

SO ORDERED:

s//ILG
_____
HON. I. LEO GLASSER
UNITED STATES DISTRICT JUDGE

2